IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Cr. No. 26-20329-BCL

MARCO SABILLON URBINA,

Defendant.

NOTICE OF ENTRY OF APPEARANCE

Please take notice that the below signed counsel, herein enters his appearance as counsel of record on behalf of the above styled defendant in this cause. **Please remove the FPD's name from the distribution list.**

This 1st day of September, 2026.

s/ CHRISTOPHER B. SULLIVAN
Assistant Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system to Ms. Paige Hamadeh, U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103, this 1st day of September, 2026.

s/ CHRISTOPHER B. SULLIVAN
Assistant Federal Defender