**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

**UNITED STATES OF AMERICA**

**-vs-** **Case No. 2:26-cr-20329- BCL**

**MARCO SABILLON URBINA,**

# ORDER APPOINTING COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. 3006A):

## APPOINTMENT OF COUNSEL

- The Federal Public Defender is appointed as counsel for the Defendant.

## TYPE OF APPOINTMENT

- All purposes including trial and appeal.

**DONE** and **ORDERED** 167 North Main, Memphis, this 31st day of August 2026.

s/Tu M. Pham
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake